Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7146


Oklahoma Tax Commission
Legal Division
120 N. Robinson, Ste 2000 W
Oklahoma City OK 73102-7801


Account Resolution Corp
Box 3860
Chesterfield MO 63006-3860


Accounts Collection Specialists
P.O. Box 506
Ada OK 74820


Capital One Bank (Bankruptcy Dept)
P.O. Box 30285
Salt Lake City UT 84130-0285


Car Factory
741 SW 74th St
Oklahoma City OK 73139


CSI Goup
P.O. Box 60566
Oklahoma City OK 73146


Empire Finance
328 E Carl Albert PKwy
McAlester OK 74501


Financial Corporation of America
12515 Research Blvd. Bldg 2 Ste. 100
Austin TX 78759

```
Five Oaks Medical Group
2100 Iowa Avenue
Chickasha OK 73018-2736


Grady Memorial Hospital
2220 Iowa Ave
Chickasha OK 73018


Greensky trade Credit
Box 933614
Atlanta GA 31193-3614


HSBC Mortgage Services
P.O. Box 60139
City of Industry CA 91716-0139


Lease Finance Group LLC
233 N. Michigan Ave, Suite 1800
Chicago IL 60601-5802


Midland Credit Management, Inc
8875 Aero Drive Ste 200
San Diego CA 92123


Midwestern Loans, Inc, Chickasha
1000 W Choctaw #1
Chickasha OK 73018


Oklahoma Breast Care Center-North
13509 N Meridian Ste 6
Oklahoma City OK 73120


OU Medical Center / Legal Dept.
Childrens Hospital Executive Office
1200 Everett 2nd Floor #400
Oklahoma City OK 73104
```

OU Physicians Bankruptcy Dept.
1122 NE 13th St. ORI 200
Oklahoma City OK 73117


Physicians Hospital In Anadarko
Box 57825
Oklahoma City OK 73157-7825


Portfolio Recovery Associates, LLC
120 Corporate Blve Ste 100
Norfolk VA 23502-4962


Precious Hamilton
% DHS
1707 Frisco Ave
Chickasha OK 73018


Rausch, Sturm, Israel & Hornik, S.C.
9208 N. Kelley Avenue
Oklahoma City OK 73131


SSM Healthcare of OK, Inc
P.O. Box 269009
Oklahoma City OK 73126-9009


Storage R Us #84
3504 S 4th
Chickasha OK 73018


Superior Finance Company
c/o Reg. Agent McAfee & Taft a
Professional Corporation
211 N. Robinson 10th Fl
Oklahoma City OK 73102


Superior Finance Company
1700 Broadway St Ste J
Moore OK 73160

```
Verden Veterinary Clinic
Box 376
Verden OK 73092



Western Finance Assoc - OCH (Chickasha)
1000 W. Choctaw Ave, Ste 9
Chickasha OK 73018-2256



World Acceptance Corp
1625 S 4th #C
Chickasha OK 73018
```