```
                           United States Bankruptcy Court
                            Western District of Oklahoma

In re:                                                      Case No. 15-13114-SAH
Kimberly Roxanne Wood                                       Chapter 7
Dalton Lee Wood
         Debtors
                              CERTIFICATE OF NOTICE
District/off: 1087-5          User: admin                Page 1 of 2           Date Rcvd: Aug 18, 2015
                              Form ID: b9a               Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2015.
db/jdb         +Kimberly Roxanne Wood,   Dalton Lee Wood,   721 S 6th,   Chickasha, OK 73018-4660
smg             Oklahoma Employment Security Commission,   PO Box 53039,   Oklahoma City, OK  73152-3039
5732472        +Accounts Collection Specialists,   P.O. Box 506,   Ada OK 74821-0506
5732475        +CSI Goup,   P.O. Box 60566,   Oklahoma City OK 73146-0566
5732474        +Car Factory,   741 SW 74th St,   Oklahoma City OK 73139-4641
5732476        +Empire Finance,   328 E Carl Albert PKwy,   McAlester OK 74501-5044
5732477        +Financial Corporation of America,   12515 Research Blvd. Bldg 2 Ste. 100,
                 Austin TX 78759-2247
5732478         Five Oaks Medical Group,   2100 Iowa Avenue,   Chickasha OK 73018-2736
5732479        +Grady Memorial Hospital,   2220 Iowa Ave,   Chickasha OK 73018-2700
5732484        +Midwestern Loans, Inc, Chickasha,   1000 W Choctaw #1,   Chickasha OK 73018-2256
5732486         OU Medical Center / Legal Dept.,   Childrens Hospital Executive Office,
                 1200 Everett 2nd Floor #400,   Oklahoma City OK 73104
5732487        +OU Physicians Bankruptcy Dept.,   1122 NE 13th St. ORI 200,   Oklahoma City OK 73117-1039
5732485        +Oklahoma Breast Care Center-North,   13509 N Meridian Ste 6,   Oklahoma City OK 73120-8396
5732470        +Oklahoma Tax Commission,   Legal Division,   120 N. Robinson, Ste 2000 W,
                 Oklahoma City OK 73102-7471
5732488         Physicians Hospital In Anadarko,   Box 57825,   Oklahoma City OK 73157-7825
5732490        +Precious Hamilton,   % DHS,   1707 Frisco Ave,   Chickasha OK 73018-1636
5732491        +Rausch, Sturm, Israel & Hornik, S.C.,   9208 N. Kelley Avenue,   Oklahoma City OK 73131-2419
5732492         SSM Healthcare of OK, Inc,   P.O. Box 269009,   Oklahoma City OK 73126-9009
5732493        +Storage R Us #84,   3504 S 4th,   Chickasha OK 73018-7518
5732494        +Superior Finance Company,   c/o Reg. Agent McAfee & Taft a,   Professional Corporation,
                 211 N. Robinson 10th Fl,   Oklahoma City OK 73102-7139
5732496        +Verden Veterinary Clinic,   Box 376,   Verden OK 73092-0376
5732497         Western Finance Assoc - OCH (Chickasha),   1000 W. Choctaw Ave, Ste 9,
                 Chickasha OK 73018-2256
5732498        +World Acceptance Corp,   1625 S 4th #C,   Chickasha OK 73018-5860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: chuckmossattorney@outlook.com Aug 18 2015 22:14:27     Chuck Moss,
                 500 N. Meridian, #300,   Oklahoma City, OK  73107
tr             +EDI: QSJMANCHESTER.COM Aug 18 2015 22:08:00      Susan J. Manchester,   1100 N Shartel,
                 Oklahoma City, OK 73103-2602
ust             E-mail/Text: KATHERINE.WIELAND@USDOJ.GOV Aug 18 2015 22:15:39     U.S. Trustee,
                 United States Trustee,   215 Dean A. McGee Ave., 4th Floor,   Oklahoma City, OK 73102-3444
5732471         E-mail/Text: jhill@arc1.biz Aug 18 2015 22:14:49     Account Resolution Corp,   Box 3860,
                 Chesterfield MO 63006-3860
5732473         EDI: CAPITALONE.COM Aug 18 2015 22:08:00      Capital One Bank (Bankruptcy Dept),
                 P.O. Box 30285,   Salt Lake City UT 84130-0285
5732480         E-mail/Text: bankruptcy@greenskycredit.com Aug 18 2015 22:14:30     Greensky trade Credit,
                 Box 933614,   Atlanta GA 31193-3614
5732481         EDI: HFC.COM Aug 18 2015 22:08:00      HSBC Mortgage Services,   P.O. Box 60139,
                 City of Industry CA 91716-0139
5732469        +EDI: IRS.COM Aug 18 2015 22:08:00      Internal Revenue Service,   P.O. Box 7346,
                 Philadelphia PA 19101-7346
5732483        +EDI: MID8.COM Aug 18 2015 22:08:00      Midland Credit Management, Inc,
                 8875 Aero Drive Ste 200,   San Diego CA 92123-2255
5732489         EDI: PRA.COM Aug 18 2015 22:08:00      Portfolio Recovery Associates, LLC,
                 120 Corporate Blve Ste 100,   Norfolk VA 23502-4962
5732495        +E-mail/Text: tadams@superiorfinance.com Aug 18 2015 22:14:56     Superior Finance Company,
                 1700 Broadway St Ste J,   Moore OK 73160-5302
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5732482        ##+Lease Finance Group LLC,   233 N. Michigan Ave, Suite 1800,   Chicago IL 60601-5519
                                                                                TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1087-5              User: admin                 Page 2 of 2                  Date Rcvd: Aug 18, 2015
                                  Form ID: b9a                Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2015                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2015 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (12/12)    Case Number **15−13114**

# UNITED STATES BANKRUPTCY COURT
# District of Western District of Oklahoma

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 8/17/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.
See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Kimberly Roxanne Wood<br>aka Kimberly Couch<br>721 S 6th<br>Chickasha, OK 73018 | Dalton Lee Wood<br>721 S 6th<br>Chickasha, OK 73018 |

| Case Number:<br>15−13114 | Judge: SAH | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−6710<br>xxx−xx−3078 |
|---|---|---|

| Attorney for Debtor(s) (name and address):<br>Chuck Moss<br>500 N. Meridian, #300<br>Oklahoma City, OK 73107<br>Telephone number: (405) 949−5544 | Bankruptcy Trustee (name and address):<br>Susan J. Manchester<br>1100 N Shartel<br>Oklahoma City, OK 73103<br>Telephone number: (405) 278−8880 |
|---|---|

## Meeting of Creditors

Date: **September 15, 2015**                                                     Time: **10:00 AM**
Location: **215 Dean A. McGee Avenue, Room 113, Oklahoma City, OK 73102**

The debtor shall bring to the meeting original government issued photo id and confirmation of social security number, plus copies of titles to all vehicles in which debtor has an interest. No cell phones with cameras, pocket knives or weapons are allowed in the courthouse. Attendance by creditors at the meeting is welcomed, but not required.

## Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

## Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts: 11/16/15**

## Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors or within 30 days of any amendment to the list of supplemental schedules, unless as otherwise provided under Bankruptcy Rule 1019(2)(B) for converted cases.

## Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

## Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>215 Dean A. McGee<br>Oklahoma City, OK 73102<br>Telephone number: (405) 609−5700 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Grant E. Price |
|---|---|
| Hours Open: Monday − Friday 8:30 AM − 4:30 PM | Date: 8/18/15 |

**EXPLANATIONS**    B9A (Official Form 9A) (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices

**NOTICE: State or Federally issued photo ID is required to enter the building. Weapons of any kind (e.g. knives, scissors, guns, etc.) and cell phones with camera or push−to−talk features are not allowed to be brought into the building. You will be denied entry if you have any of these items in your possession.**