**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 15-13114    SAH    Judge: Sarah A. Hall | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | WOOD, KIMBERLY ROXANNE | Date Filed (f) or Converted (c): | 08/17/15 (f) |
| | WOOD, DALTON LEE | 341(a) Meeting Date: | 09/15/15 |
| For Period Ending: 09/22/15 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 721 S 6th, Chickasha Ok<br>  Lot 6, Block 161, City of Chickasha, Grady County, Ok<br>  Payments being made by ex-husband in lieu of child<br>  support.  She not on note | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 3. furniture at residence | 1,035.00 | 0.00 | | 0.00 | FA |
| 4. Clothing at residence | 600.00 | 0.00 | | 0.00 | FA |
| 5. 2003 GMC Yukon | 6,500.00 | 0.00 | | 0.00 | FA |
| 6. 2008 Chevrolet Silverado | 9,000.00 | 0.00 | | 0.00 | FA |
| 7. 2015 TAX REFUNDS (u) | 0.00 | 3,000.00 | | 0.00 | 3,000.00 |

Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $122,140.00 | $3,000.00 | | $0.00 | $3,000.00 |

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 21, 2015, 03:52 pm EXTEND FOR PURCHASE CONTRACT TO PURCHASE EQUIPMENT, COPY OF BANK'S SECURITY INTEREST, YUKON TITLE, HIS 2013 FED & STATE AND HIS 2014 STATE. EMAILED ATTY.
September 22, 2015, 08:43 am ASSET DUE TO 2015 REFUNDS. EMAILED ATTY.

Initial Projected Date of Final Report (TFR): 09/30/15        Current Projected Date of Final Report (TFR): 09/30/16

/s/    SUSAN MANCHESTER
_____    Date: 09/22/15
    SUSAN MANCHESTER

PFORM1

Ver: 18.05