```
                         United States Bankruptcy Court
                           Western District of Oklahoma
```

In re:                                                         Case No. 15-13114-SAH
Kimberly Roxanne Wood                                          Chapter 7
Dalton Lee Wood
         Debtors

## CERTIFICATE OF NOTICE

District/off: 1087-5        User: jdon           Page 1 of 1         Date Rcvd: Oct 16, 2015
                            Form ID: ntcfinmt    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2015.
db/jdb         +Kimberly Roxanne Wood,   Dalton Lee Wood,   721 S 6th,   Chickasha, OK 73018-4660

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2015                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2015 at the address(es) listed below:
              Chuck   Moss    on behalf of Debtor Kimberly Roxanne Wood chuckmossattorney@outlook.com
              Chuck   Moss    on behalf of Joint Debtor Dalton Lee Wood chuckmossattorney@outlook.com
              Susan J. Manchester    susanmanchester@sbcglobal.net,
               smanchester@ecf.epiqsystems.com;manchesterlaw@sbcglobal.net
              Susan J. Manchester   on behalf of Trustee Susan J. Manchester susanmanchester@sbcglobal.net,
               smanchester@ecf.epiqsystems.com;manchesterlaw@sbcglobal.net;susanmanchester@hotmail.com
              U.S. Trustee    Ustpregion20.oc.ecf@usdoj.gov
                                                                                             TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF OKLAHOMA

**FILED**
Oct. 16, 2015
Grant E. Price , Clerk
U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLA.

In Re:

**Kimberly Roxanne Wood**

**Dalton Lee Wood**

DEBTOR(s).

Case Number: **15–13114**

To:

**Kimberly Roxanne Wood**

**Dalton Lee Wood**

**721 S 6th**
**Chickasha, OK 73018**

**Chuck Moss**

**500 N. Meridian, #300**
**Oklahoma City, OK 73107**

## CLERK'S NOTICE OF DEFICIENCY
## FINANCIAL MANAGEMENT INSTRUCTIONAL COURSE

   A certificate of completion of an instruction course concerning personal financial management is required to be filed pursuant to 11 U.S.C. § § 111, 727, 1328 and 1141. The Court is prohibited from discharging a case until the certificate is filed.

   The docket indicates that the case referenced above is ready for discharge.  A certificate of completion of an instruction course concerning financial management has not been filed.

   A discharge cannot be issued in this case until a certificate of completion has been filed.  If a certificate reflecting completion of a financial management instructional course is not filed, the case will be administratively closed within thirty (30) days and a fee to reopen the case will be assessed to obtain a discharge.

DATED:  **10/16/15**

U.S. Post Office / Federal Building
215 Dean A. McGee Avenue
Oklahoma City, OK. 73102
Telephone Number: (405) 609–5700
Hours Open: 8:30 a.m. – 4:30 pm Monday – Friday

FOR THE COURT:
**Grant E. Price**
**Clerk of the Bankruptcy Court**