FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 15-13114 SAH Judge: Sarah A. Hall | Trustee Name: | SUSAN MANCHESTER |
|---|---|---|---|
| Case Name: | WOOD, KIMBERLY ROXANNE | Date Filed (f) or Converted (c): | 08/17/15 (f) |
| | WOOD, DALTON LEE | 341(a) Meeting Date: | 09/15/15 |
| For Period Ending: | 12/31/15 | Claims Bar Date: | 12/22/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 721 S 6th, Chickasha Ok<br>Lot 6, Block 161, City of Chickasha, Grady County, Ok<br>Payments being made by ex-husband in lieu of child support. She not on note | 105,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 5.00 | 0.00 | | 0.00 | FA |
| 3. furniture at residence | 1,035.00 | 0.00 | | 0.00 | FA |
| 4. Clothing at residence | 600.00 | 0.00 | | 0.00 | FA |
| 5. 2003 GMC Yukon | 6,500.00 | 0.00 | | 0.00 | FA |
| 6. 2008 Chevrolet Silverado | 9,000.00 | 0.00 | | 0.00 | FA |
| 7. 2015 TAX REFUNDS (u) | 0.00 | 3,000.00 | | 0.00 | 3,000.00 |
| TOTALS (Excluding Unknown Values) | $122,140.00 | $3,000.00 | | $0.00 | Value of Remaining Assets $3,000.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 21, 2015, 03:52 pm EXTEND FOR PURCHASE CONTRACT TO PURCHASE EQUIPMENT, COPY OF BANK'S SECURITY INTEREST, YUKON TITLE, HIS 2013 FED & STATE AND HIS 2014 STATE. EMAILED ATTY.
September 22, 2015, 08:43 am ASSET DUE TO 2015 REFUNDS. EMAILED ATTY.
October 28, 2015, 08:35 am ATTY IS WORKING ON GETTING DOCS NEEDED.
November 13, 2015, 09:52 am MTE FOR PURCHASE CONTRACT TO PURCHASE EQUIPMENT, COPY OF BANK'S SECURITY INTEREST, YUKON TITLE, HIS 2013 FED & STATE AND HIS 2014 STATE. EMAILED ATTY.
December 29, 2015, 01:52 pm TRUSTEE WAITING ON 2015 REFUNDS. NEED PURCHASE CONTRACT TO PURCHASE EQUIPMENT, COPY OF BANK'S SECURITY INTEREST, YUKON TITLE, HIS 2013 FED & STATE AND HIS 2014 STATE. EMAILED ATTY.

Initial Projected Date of Final Report (TFR): 09/30/15     Current Projected Date of Final Report (TFR): 09/30/16

/s/     SUSAN MANCHESTER
_____ Date: 01/08/16
         SUSAN MANCHESTER