```
                              United States Bankruptcy Court
                              Western District of Oklahoma

In re:                                                                Case No. 15-13114-SAH
Kimberly Roxanne Wood                                                 Chapter 7
Dalton Lee Wood
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 1087-5           User: jdic                 Page 1 of 2                  Date Rcvd: Feb 25, 2016
                               Form ID: pdf003            Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db/jdb         +Kimberly Roxanne Wood,   Dalton Lee Wood,   721 S 6th,   Chickasha, OK 73018-4660
aty            +Chuck Moss,   500 N. Meridian, #300,   Oklahoma City, OK 73107-5707
tr             +Susan J. Manchester,   1100 N Shartel,   Oklahoma City, OK 73103-2602
smg             Oklahoma Employment Security Commission,   PO Box 53039,   Oklahoma City, OK  73152-3039
5732472        +Accounts Collection Specialists,   P.O. Box 506,   Ada OK 74821-0506
5732475        +CSI Goup,   P.O. Box 60566,   Oklahoma City OK 73146-0566
5732473         Capital One Bank (Bankruptcy Dept),   P.O. Box 30285,   Salt Lake City UT 84130-0285
5732474        +Car Factory,   741 SW 74th St,   Oklahoma City OK 73139-4641
5778528        +DHS - Child Support Services,   PO Box 248804,   Oklahoma City  OK 73124-8804
5732476        +Empire Finance,   328 E Carl Albert PKwy,   McAlester OK 74501-5044
5732477        +Financial Corporation of America,   12515 Research Blvd. Bldg 2 Ste. 100,
                 Austin TX 78759-2247
5732478         Five Oaks Medical Group,   2100 Iowa Avenue,   Chickasha OK 73018-2736
5732479        +Grady Memorial Hospital,   2220 Iowa Ave,   Chickasha OK 73018-2700
5732481         HSBC Mortgage Services,   P.O. Box 60139,   City of Industry CA 91716-0139
5751903        +Midland Credit Management, Inc. as agent for,   MIDLAND FUNDING LLC,   PO Box 2011,
                 Warren, MI 48090-2011
5732484        +Midwestern Loans, Inc, Chickasha,   1000 W Choctaw #1,   Chickasha OK 73018-2256
5732486         OU Medical Center / Legal Dept.,   Childrens Hospital Executive Office,
                 1200 Everett 2nd Floor #400,   Oklahoma City OK 73104
5732487        +OU Physicians Bankruptcy Dept.,   1122 NE 13th St. ORI 200,   Oklahoma City OK 73117-1039
5732485        +Oklahoma Breast Care Center-North,   13509 N Meridian Ste 6,   Oklahoma City OK 73120-8396
5732470        +Oklahoma Tax Commission,   Legal Division,   120 N. Robinson, Ste 2000 W,
                 Oklahoma City OK 73102-7471
5732488         Physicians Hospital In Anadarko,   Box 57825,   Oklahoma City OK 73157-7825
5732490        +Precious Hamilton,   % DHS,   1707 Frisco Ave,   Chickasha OK 73018-1636
5732491        +Rausch, Sturm, Israel & Hornik, S.C.,   9208 N. Kelley Avenue,   Oklahoma City OK 73131-2419
5732492         SSM Healthcare of OK, Inc,   P.O. Box 269009,   Oklahoma City OK 73126-9009
5732493        +Storage R Us #84,   3504 S 4th,   Chickasha OK 73018-7518
5732494        +Superior Finance Company,   c/o Reg. Agent McAfee & Taft a,   Professional Corporation,
                 211 N. Robinson 10th Fl,   Oklahoma City OK 73102-7139
5732496        +Verden Veterinary Clinic,   Box 376,   Verden OK 73092-0376
5732497         Western Finance Assoc - OCH (Chickasha),   1000 W. Choctaw Ave, Ste 9,
                 Chickasha OK 73018-2256
5732498        +World Acceptance Corp,   1625 S 4th #C,   Chickasha OK 73018-5860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: KATHERINE.WIELAND@USDOJ.GOV Feb 25 2016 22:30:13     U.S. Trustee,
                 United States Trustee,   215 Dean A. McGee Ave., 4th Floor,   Oklahoma City, OK 73102-3444
5732471         E-mail/Text: jhill@arc1.biz Feb 25 2016 22:29:26     Account Resolution Corp,   Box 3860,
                 Chesterfield MO 63006-3860
5768339        +E-mail/Text: bankruptcy@greenskycredit.com Feb 25 2016 22:29:05     GreenSky,
                 1797 NE Expressway Suite 100,   Atlanta GA 30329-2451
5732480         E-mail/Text: bankruptcy@greenskycredit.com Feb 25 2016 22:29:05     Greensky trade Credit,
                 Box 933614,   Atlanta GA 31193-3614
5732469        +E-mail/Text: cio.bncmail@irs.gov Feb 25 2016 22:29:14     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia PA 19101-7346
5732483        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 25 2016 22:29:24     Midland Credit Management, Inc,
                 8875 Aero Drive Ste 200,   San Diego CA 92123-2255
5732489         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 22:26:16
                 Portfolio Recovery Associates, LLC,   120 Corporate Blve Ste 100,   Norfolk VA 23502-4962
5777682         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 25 2016 22:26:15
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
5732495        +E-mail/Text: mcomeaux@superiorfinance.com Feb 25 2016 22:29:35     Superior Finance Company,
                 1700 Broadway St Ste J,   Moore OK 73160-5302
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Susan J. Manchester,   1100 N Shartel,   Oklahoma City, OK 73103-2602
5732482        ##Lease Finance Group LLC,   233 N. Michigan Ave, Suite 1800,   Chicago IL 60601-5802
                                                                                               TOTALS: 0, * 1, ## 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’##’ were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor’s attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 1087-5          User: jdic                 Page 2 of 2                  Date Rcvd: Feb 25, 2016
                              Form ID: pdf003            Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Chuck   Moss    on behalf of Debtor Kimberly Roxanne Wood chuckmossattorney@outlook.com
              Chuck   Moss    on behalf of Joint Debtor Dalton Lee Wood chuckmossattorney@outlook.com
              Susan J. Manchester    susanmanchester@sbcglobal.net,
               smanchester@ecf.epiqsystems.com;manchesterlaw@sbcglobal.net
              Susan J. Manchester    on behalf of Trustee Susan J. Manchester susanmanchester@sbcglobal.net,
               smanchester@ecf.epiqsystems.com;manchesterlaw@sbcglobal.net;susanmanchester@hotmail.com
              U.S. Trustee     Ustpregion20.oc.ecf@usdoj.gov
              William Brent Kelley    on behalf of Creditor   Superior Finance Company
               attorneys@kelleyandtaylor.com
                                                                                             TOTAL: 6
```

**Dated: February 25, 2016**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTYCY COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE:<br>WOOD, KIMBERLY ROXANNE<br>WOOD, DALTON LEE<br>Debtor(s). | Case No. 15-13114-SAH<br>Chapter 7 |

### ORDER GRANTING ADDITIONAL TIME WITHIN WHICH TO OBJECT TO DISCHARGE OF DEBTOR(S)

The Motion for Additional Time Within Which to Object to Discharge of Debtor(s) (the "Motion") filed by Susan Manchester, Attorney for Trustee, comes on for the Court's consideration.  That upon representation of counsel:

Counsel represents that the Motion was filed on February 9, 2016, and served on all parties in interest pursuant to Local Rule 9007, and the last date for filing objections was February 23, 2016, which has passed with no objection thereto being served and filed.  Therefore, the Motion should be granted.

IT IS THEREFORE ORDERED that the Trustee be, and she is hereby granted an additional ninety (90) days from February 9, 2016 or until May 9, 2016 within which to object to the Debtor(s) discharge.

All statements and findings of fact are based upon representation of counsel.

###

APPROVED:
s/SUSAN MANCHESTER
SUSAN MANCHESTER, OBA#8825
1100 N. Shartel
Oklahoma City, Oklahoma 73103
(405) 278-8880
susanmanchester@sbcglobal.net